# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### SOUTHERN District of New York

Index Number: 15CV1944                                      Date Filed: 3/16/2015

Plaintiff:
**LUIS D. ALCALA**

vs.

Defendant:
**THE TOPPS COMPANY INC.**

Received by THE HARMAN FIRM, PC to be served on **THE TOPPS COMPANY INC., 1 WHITEHALL STREET FLOOR 5, NEW YORK, New York County, NY 10004**.

I, Brent Richardson, being duly sworn, depose and say that on the **26th day of March, 2015** at **1:10 pm**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **JASON THALER** as **GENERAL COUNSEL**, who verbally declared he/she is duly authorized to accept such service on behalf of **THE TOPPS COMPANY INC.**, at the address of: **1 WHITEHALL STREET FLOOR 5, NEW YORK, New York County, NY 10004**, and informed said person of the contents therein, in compliance with state statutes.  Actual service location: (40.7029,-74.0139) accuracy 14 m.

**Description** of Person Served: Age: 42, Sex: M, Race/Skin Color: White, Height: 5'7", Weight: 190, Hair: Balding, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

State: _____ **NEW YORK** _____ }
County: _____ **KINGS** _____ }

Subscribed and Sworn to before me on the ___**27th** day of ___ **MARCH** ___, ___**2015**___ by the affiant who is personally known to me (or has satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained.

_____
NOTARY PUBLIC

JEFFREY R HOMAPOUR
NOTARY PUBLIC STATE OF NEW YORK
NASSAU COUNTY
LIC. #02HO6234246
MY COMMISSION EXPIRES 01/18/2015

**Brent Richardson**
N.Y.C.D.C.A.# 1346943

**THE HARMAN FIRM, PC**
**1776 Broadway, Suite 2030**
**New York, NY 10023**

Our Job Serial Number: BNP-2015000339
Service Fee: _____

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0r

