UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

LUIS D. ALCALA,

                                Plaintiff,

            -against-

THE TOPPS COMPANY, INC.,

                              Defendant.

------------------------------------------------------------x

Civ. No.: 15 CV 1944 (ER)

**RULE 7.1 STATEMENT**

**ECF Case**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, to enable the Judges and Magistrates of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, The Topps Company, Inc. ("Defendant"), hereby represents that Defendant is not publicly traded and has no corporate parents, subsidiaries, or affiliates which are publicly held.

Dated: New York, New York
       May 8, 2015

Respectfully submitted,

JACKSON LEWIS P.C.
666 Third Avenue
New York, New York 10017
(212)545-4000

By:   S/Wendy J. Mellk
      Wendy J. Mellk, Esq.
      (MellkW@jacksonlewis.com)
      Joanna S. Smith, Esq.
      (Joanna.Smith@jacksonlewis.com)

*ATTORNEYS FOR DEFENDANT*
*THE TOPPS COMPANY, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on **May __, 2015** the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

        *s/* **Joanna S. Smith**
        **Joanna S. Smith (JS 6471) – Joanna.Smith@JacksonLewis.com**

        ATTORNEYS FOR DEFENDANT
        THE TOPPS COMPANY, INC.

4837-0671-8499, v. 1