# jackson|lewis
Attorneys at Law

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
666 Third Avenue
New York, New York 10017
Tel 212 545-4000
Fax 212 972-3213
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY, NY | GREENVILLE, SC | MONMOUTH COUNTY, NJ | RALEIGH, NC |
| ALBUQUERQUE, NM | HARTFORD, CT | MORRISTOWN, NJ | RAPID CITY, SD |
| ATLANTA, GA | HONOLULU, HI* | NEW ORLEANS, LA | RICHMOND, VA |
| AUSTIN, TX | HOUSTON, TX | NEW YORK, NY | SACRAMENTO, CA |
| BALTIMORE, MD | INDIANAPOLIS, IN | NORFOLK, VA | SALT LAKE CITY, UT |
| BIRMINGHAM, AL | JACKSONVILLE, FL | OMAHA, NE | SAN DIEGO, CA |
| BOSTON, MA | KANSAS CITY REGION | ORANGE COUNTY, CA | SAN FRANCISCO, CA |
| CHICAGO, IL | LAS VEGAS, NV | ORLANDO, FL | SAN JUAN, PR |
| CINCINNATI, OH | LONG ISLAND, NY | PHILADELPHIA, PA | SEATTLE, WA |
| CLEVELAND, OH | LOS ANGELES, CA | PHOENIX, AZ | ST. LOUIS, MO |
| DALLAS, TX | MEMPHIS, TN | PITTSBURGH, PA | STAMFORD, CT |
| DAYTON, OH | MIAMI, FL | PORTLAND, OR | TAMPA, FL |
| DENVER, CO | MILWAUKEE, WI | PORTSMOUTH, NH | WASHINGTON, DC REGION |
| DETROIT, MI | MINNEAPOLIS, MN | PROVIDENCE, RI | WHITE PLAINS, NY |
| GRAND RAPIDS, MI | | | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

MY DIRECT DIAL IS: (212) 545-4073
MY EMAIL ADDRESS IS: MELLKW@JACKSONLEWIS.COM

October 7, 2015

**VIA ECF**

Honorable Edgardo Ramos, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

          Re:    ***Alcala v. The Topps Company, Inc.***
                 **Case No.: 15-CV-1944(ER)(KNF)**

Dear Judge Ramos:

      We represent The Topps Company, Inc. in the above referenced matter. We write to inform the Court that the parties have been able to resolve Plaintiff Alcala's claims. As the Court is aware, the parties participated in mediation before Magistrate Judge Fox on September 22, 2015. Shortly after, and as a result of progress made at the mediation, the parties were able to arrive at a settlement of Mr. Alcala's claims under the Fair Labor Standards Act and New York Labor Law. The parties are in the process of preparing a negotiated settlement agreement.

      We thank you for your time and your courtesies in this matter.

                                        Respectfully submitted
                                        JACKSON LEWIS P.C.

                                        Wendy J. Mellk

cc:    Magistrate Judge Fox (via Facsimile)
       Walker G. Harman, Jr., Esq. (via email)
       Owen Laird, Esq. (via email)